| 1. Person Reporting (Last name, First name, Middle initial) Ambro, Thomas L | 2. Court or Organization U.S. Court of Appeals, 3rd Cir | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Federal Courthouse 844 King Street, Lock Box 32 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Board of Editors, Delaware Lawyer |
| 5. | Member | Board of Editors, Delaware Law Review |
| 6. | Co-Chair | Collins Seitz Bankruptcy Inn of the American Inns of Court |
| 7. | Member | Board of Trustees of the American Inns of Court |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | State of Delaware |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | January 15-19, Santa Barbara, CA, Section of Business Law Midwinter Meeting (Transportation, Lodging & Meals) |
| 2. | American Bar Association | March 31-April 4, Seattle, Washington, Section of Business Law Spring Meeting (Transportation, Lodging & Meals) |
| 3. | American Bar Association | August 5-9, Atlanta, GA, Annual Meeting (Transportation, Lodging & Meals) |
| 4. | Pennsylvania Bar Association | November 19, Philadelphia, PA, CLE Program panelist (Transportation & Meal) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wilmington Trust Account | | None | J | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | A | Interest | J | T | | | | | |
| 4. Delaware State Bond 7.0% | | None | K | T | | | | | |
| 5. Delaware State Bond 6.1% | | None | K | T | | | | | |
| 6. Glasgow Professional Properties Inc | A | Rent | O | W | | | | | |
| 7. Lynhaven Partners (1983 - $23,500) | B | Rent | K | R | | | | | |
| 8. Nantucket Island Associates Partnership (1984 - $17,200) | A | Rent | K | R | | | | | |
| 9. PB/Fogelman Harbour Town Partnership (1988 - $30,300) | A | Rent | K | R | | | | | |
| 10. Salem Plaza Associates Partnership (1984 - $23,581) | | None | K | R | | | | | |
| 11. Trust Account #6 | D | Dividend | M | T | | | | | |
| 12. - Evergreen Municipal Money Market FD (cash equivalent) | | | | | | | | | |
| 13. - Delaware Riv & Bay Auth 4.9% | | | | | Sell | 10/13 | M | D | |
| 14. - Centerpoint Energy Inc | | | | | Buy | 3/10 | J | | |
| 15. - Nisource Inc | | | | | Buy | 3/10 | J | | |
| 16. - Sirius Satellite Radio | | | | | Sell | 1/26 | J | A | |
| 17. - XM Satellite Radio Holdings | | | | | Sell | 1/26 | J | | |
| 18. - Harris Assoc Oakmark I | | | | | Buy | 10/19 | M | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

**VII. INVESTMENTS and TRUSTS** — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Southwest Water Co | | | | | Buy | 1/29 | J | | |
| 20. | | | | | Buy | 5/17 | J | | |
| 21. Trust Account #7 | E | Dividend | P1 | T | | | | | |
| 22. - Firsthand FDS | | | | | Sell | 3/10 | K | D | |
| 23. - Goldman Sachs TR ILA Money Market | | | | | Part Sale | 10/29 | J | | |
| 24. - Vanguard Municipal Bond Fund Intermediate | | | | | Sell | 4/22 | M | | |
| 25. - Wexford TR Muhlenkamp FD | | | | | Sell | 3/10 | K | C | |
| 26. - Calamos Growth FD | | | | | | | | | |
| 27. - Clipper Fund | | | | | | | | | |
| 28. - FMI Focus Fund | | | | | | | | | |
| 29. - ING Funds Intr Value | | | | | | | | | |
| 30. - Oakmark Fund | | | | | Sell | 12/9 | L | E | |
| 31. - Oakmark Global Fund CL I | | | | | | | | | |
| 32. - PIMCO Foreign BD FD Inst | | | | | Sell | 4/2 | L | | |
| 33. - T Rowe Price Intl Bond | | | | | Sell | 4/22 | K | A | |
| 34. - TCW Galileo Sel Eqtys | | | | | | | | | |
| 35. - Calamos Conver Tible FD CL A | | | | | | | | | |
| 36. - Pimco Real Return FD A | | | | | Sell | 4/22 | J | | |

1. Income/Gain Codes:
(See Columns B1 and D4)

A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)

J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:
(See Column C2)

Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   - Pioneer High Yield | | | | | Part Sale | 4/22 | K | A | |
| 38.   - Duke Energy Co | | | | | | | | | |
| 39.   - Aegis Value Fund Inc | | | | | Buy | 4/23 | K | | |
| 40.   - Bridgeway Ultra-Small Co | | | | | Buy | 4/23 | K | | |
| 41.   - T Rowe Price Cap Appr FD | | | | | Buy | 4/23 | L | | |
| 42.   - Torrey Intl Strategy | | | | | Buy | 7/6 | K | | |
| 43.   - Torrey US Strategy | | | | | Buy | 7/6 | K | | |
| 44.   IRA Account #1 | C | Dividend | M | T | | | | | |
| 45.   - Goldman Schs TR ILA Money Market | | | | | | | | | |
| 46.   - ING Funds Intr Value | | | | | | | | | |
| 47.   - Wexford TR Muhlenkamp FD | | | | | | | | | |
| 48.   - Calamos Invt TR New | | | | | | | | | |
| 49.   - Clipper Fund | | | | | | | | | |
| 50.   - FMI Funds | | | | | Sell | 9/28 | J | B | |
| 51.   - Oakmark Global Fund | | | | | | | | | |
| 52.   - T Rowe Price Intl | | | | | Sell | 4/22 | J | A | |
| 53.   - TCW Galileo FDS Inc | | | | | | | | | |
| 54.   - Vanguard Bond Index FD | | | | | Sell | 4/22 | J | A | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | R1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Calamos Invt TR New Convertible FD CL A | | | | | | | | | |
| 56. - Oakmark Fund Class I | | | | | | | | | |
| 57. - Pioneer High Yield | | | | | | | | | |
| 58. - Pimco FDS PAC Invt MGMT SER Real Return BD | | | | | Sell | 4/22 | J | | |
| 59. - Aegis Value Fund Inc | | | | | Buy | 4/23 | J | | |
| 60. - Bridgeway F Inc | | | | | Buy | 4/23 | J | | |
| 61. - Franklin Cust Income FD | | | | | Buy | 9/23 | J | | |
| 62. - T Rowe Price Cap Appr FD | | | | | Buy | 4/23 | J | | |
| 63. IRA Account #2 | E | Dividend | P1 | T | | | | | |
| 64. - Goldman Sachs TR ILA Money Market | | | | | | | | | |
| 65. - Firsthand FDS Tech Value FD | | | | | Part Sale | 3/10 | M | | |
| 66. - ING Funds Intr Value | | | | | | | | | |
| 67. - Wexford TR Muhlenkamp FD | | | | | Part Sale | 3/10 | K | D | |
| 68. - Dominion Res Inc VA New | | | | | | | | | |
| 69. - Teco Energy Inc | | | | | Buy | 5/19 | J | | |
| 70. - Calamos Invt TR New | | | | | | | | | |
| 71. - Clipper Fund Inc | | | | | | | | | |
| 72. - FMI FDS Focus Fund | | | | | Sell | 9/28 | L | E | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$6,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $6,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$6,000,000   P2 = $6,000,001-$26,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $60,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Oakmark Fund | | | | | Sell | 3/26 | M | E | |
| 74. - Oakmark Global Fund | | | | | | | | | |
| 75. - T Rowe Price Intl Bond Fund | | | | | Sell | 4/22 | L | B | |
| 76. - TCW Galileo FDS Inc | | | | | Part Sale | 3/26 | K | D | |
| 77. - RF Monolithics Inc | | | | | Sell | 3/26 | J | C | |
| 78. - Calamos Invt TR New Convertible FD CLA | | | | | | | | | |
| 79. - Pimco FDS PAC Invt MGMT SER Real Return | | | | | Sell | 4/22 | L | | |
| 80. - Pioneer High Yield | | | | | Part Sale | 3/10 | K | A | |
| 81. - Aegis Value Fund Inc | | | | | Buy | 4/23 | K | | |
| 82. - Bridgeway FD Inc Ultra-Small Co | | | | | Buy | 4/23 | K | | |
| 83. - Centerpoint Energy Inc | | | | | Buy | 3/26 | J | | |
| 84. - Franklin Cust Income FD | | | | | Buy | 9/30 | M | | |
| 85. - T Rowe Price Cap Appr Fund | | | | | Buy | 3/26 | J | | |
| 86. - Campbell Fund Trust | | | | | Buy | 3/23 | M | | |
| 87. Note receivable from Louis P. Olivere, Jr., et al. | E | Interest | L | T | | | | | |
| 88. Trust Account #12 | E | Dividend | O | T | | | | | |
| 89. - Firsthand Tech Value FD | | | | | Sell | 9/30 | K | D | |
| 90. - GS ILA Money Mkt Instl | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Wexford TR Muhlenkamp FD | | | | | Sell | 4/22 | K | D | |
| 92. - Cisco Systems Inc | | | | | Part Sale | 10/19 | K | D | |
| 93. - Calamos Invt TR New | | | | | | | | | |
| 94. - Clipper Fund Inc | | | | | | | | | |
| 95. - FMI FDS Focus Fund | | | | | Sell | 9/28 | L | D | |
| 96. - ING Funds Intr Value | | | | | | | | | |
| 97. - Oakmark Fund Class I | | | | | Sell | 12/9 | L | E | |
| 98. - Oakmark Global Fund | | | | | | | | | |
| 99. - T Rowe Price Intl Bond Fund | | | | | Part Sale | 4/20 | K | B | |
| 100. | | | | | Sell | 4//22 | J | | |
| 101. - TCW Galileo FDS Inc | | | | | | | | | |
| 102. - Calamos Conver Tible FD CLA | | | | | | | | | |
| 103. - Pimco Real Return | | | | | Sell | 4/20 | L | | |
| 104. - Pioneer High Yield FD A | | | | | | | | | |
| 105. - Aegis Value Fund Inc | | | | | Buy | 4/23 | K | | |
| 106. - Bridgeway Ultra-Small Co | | | | | Buy | 4/23 | K | | |
| 107. - T Rowe Price Cap Appr | | | | | Buy | 4/23 | L | | |
| 108. Springside, LLC (2000 - $300,000) | B | Rent | P1 | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. The Henlopen Fund | | None | J | T | | | | | |
| 110. Fahnestock Prime Cash Series | | None | | | Closed | | | | |
| 111. Legg Mason Opportunity Trust | | None | L | T | | | | | |
| 112. Fairholme Fund | C | Dividend | M | T | | | | | |
| 113. Matthews Asian Fund | A | Dividend | L | T | Buy | 1/5 | L | | |
| 114. Middletown Professional Properties, LLC (2004 - $80,925) | A | Interest | L | R | Buy | 10/28 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6 000 000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$60,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $6,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L | 5/17/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Asset reported in Part VII, Page 9, Line 151 from prior report is now being held in Trust #7 and Trust #12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544